# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 18-CR-08-LRR |
| vs. | **ORDER** |
| JOSE CORIO-RAYMUNDO, | |
| Defendant. | |

_____

On June 5, 2018, the court accepted the jury verdict finding Defendant Jose Corio-Raymundo guilty on Counts 1 and 2 of the Superseding Indictment (docket no. 18).

Accordingly, **IT IS ORDERED** as follows:

1. Defendant is adjudicated guilty of Counts 1 and 2 of the Superseding Indictment.

2. The United States Probation Office is directed to conduct a presentence investigation and prepare a report.

3. The attorneys must timely comply with the deadlines for preparation of the presentence report.

4. Defendant is to remain in custody pending sentencing.

5. The parties are reminded that "[e]xcept by leave of court, no party or lawyer, and no other person acting on their behalf, may contact, interview, examine, or question any . . . criminal trial juror . . . before, during, or after a trial concerning the juror's actual or potential jury service." LR 47.

**IT IS SO ORDERED.**

**DATED** this 6th day of June, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA